UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:
TIFFANY L. HADLEY

CASE NO. 09-40806-LMK
CHAPTER 7

Debtor(s).
_____/

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

U.S. BANK, N.A., ("Movant") by and through its undersigned Counsel, pursuant to §362 of the Bankruptcy Code, moves this Court for relief from the automatic stay and as grounds therefore states as follows:

1. On 08/31/2009, TIFFANY L. HADLEY, ("Debtor") filed a petition for relief under Chapter 7 of the Bankruptcy Code.

2. Debtor possesses an ownership interest in the following described collateral:

**THE OAKS AT WOODVILLE, LOT 28**

**COMMENCE AT AN IRON PIPE MARKING THE SOUTHEAST CORNER OF THE NORTHEAST CORNER OF THE SOUTHEAST QUARTER OF SECTION 17, TOWNSHIP 2 SOUTH, RANGE 1 EAST, LEON COUNTY, FLORIDA; THENCE RUN NORTH 89 DEGREES 53 MINUTES 00 SECONDS WEST 122.05 FEET; THENCE RUN NORTH 00 DEGREES 03 MINUTES 20 SECONDS WEST 14.50 FEET: THENCE RUN NORTH 89 DEGREES 53 MINUTES 00 SECONDS WEST 290.33 FEET; THENCE RUN NORTH 00 DEGREES 02 MINUTES 45 SECONDS EAST 441.97 FEET; THENCE RUN SOUTH 82 DEGREES 46 MINUTES 06 SECONDS WEST 166.58 FEET TO THE POINT OF BEGINNING, FROM SAID POINT OF BEGINNING CONTINUE SOUTH 82 DEGREES 46 MINUTES 06 SECONDS WEST 60.32 FEET TO THE RIGHT OF WAY OF STATE ROAD NO. 363; THENCE NORTH 10 DEGREES 40 MINUTES 00 SECONDS WEST ALONG SAID RIGHT OF WAY 149.89 FEET LEAVING SAID RIGHT OF WAY NORTH 86 DEGREES 33 MINUTES 06 SECONDS EAST 87.94 FEET; THENCE SOUTH 144.97 FEET TO THE POINT OF BEGINNING.**

**a/k/a 1001 Shady Wood Trail, Tallahassee, FL 32305**

3. Movant holds a security interest in the subject collateral as evidenced by the Promissory Note, Mortgage and Assignment of Mortgage (the "Loan Documents") which are attached hereto as Composite Exhibit "A".

4. Debtor has little to no equity in the subject collateral, as evidenced by the LEON County Property Appraiser's Report attached hereto.

5. The Loan Documents are in default. Debtor has defaulted under the Loan Documents by failing to make the payment due May 1, 2009, and all payments due subsequent thereto. In addition, late charges and other costs and expenses are now due and owing. Further, the Debtor has indicated no intent to re-affirm the indebtedness and therefore has denied Movant any adequate protection for its collateral.

6. Debtor has failed to pay to Movant adequate protection for the continued use of the subject collateral.

7. The Loan Documents between the parties requires Debtor to maintain physical comprehensive, hazard and damage insurance in connection with the subject collateral.

WHEREFORE Movant prays this Court enter an order terminating the automatic stay or in the alternative, set the same for hearing on its merits.

DOUGLAS C. ZAHM, P.A.

/s/ Carol A. Lawson
Douglas C. Zahm, Esquire
Florida Bar No. 166240
Douglas M. Bales, Esquire
Florida Bar No. 0767270
Carol A. Lawson, Esquire
Florida Bar No. 132675
18820 U.S. Highway 19 North, Suite 212
Clearwater, FL 33764
Telephone No. (727) 536-4911
Fax No. (727) 539-1094
Attorney for Movant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion For Relief From The Automatic Stay was served as follows:

The parties identified below were served by NEF on October 20, 2009.

CH 7 TRUSTEE THERESA M. BENDER
P. O. Box 14557
Tallahassee, FL 32317

TALLAHASSEE DIVISION
United States Trustee
110 E. Park Avenue, Suite 128
Tallahassee, FL 32301

The parties identified below were served on October 20, 2009 by U.S. Mail.

TIFFANY L. HADLEY
1001 SHADY WOOD TRAIL
TALLAHASSEE, FL 32305

/s/ Carol A Lawson
Douglas C. Zahm, Esquire
Florida Bar No. 166240
Douglas M. Bales, Esquire
Florida Bar No. 0767270
Carol A. Lawson, Esquire
Florida Bar No. 132675