UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

TIFFANY L. HADLEY

                                              CASE NO. 09-40806-LMK
                                              CHAPTER 7

    Debtor(s).
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

This case came on for consideration of the Motion for Relief From the Automatic Stay filed by Movant, U.S. BANK, N.A., on October 20, 2009, docket No. 33. The Motion has been served upon the parties of interest pursuant to Local Rule 4001-1-(c); and Debtor's objection having been filed within the times permitted; and the Court having considered the motion and objection at hearing on November 16, 2009, and the Court being fully advised in the premises, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The automatic stay arising from these proceedings is terminated, so as to permit Movant to foreclose its mortgage; and

2. The Order Granting Relief from the Automatic Stay is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the property described as:

**THE OAKS AT WOODVILLE, LOT 28**

**COMMENCE AT AN IRON PIPE MARKING THE SOUTHEAST CORNER OF THE NORTHEAST CORNER OF THE SOUTHEAST QUARTER OF SECTION 17, TOWNSHIP 2 SOUTH, RANGE 1 EAST, LEON COUNTY, FLORIDA; THENCE RUN NORTH 89 DEGREES 53 MINUTES 00 SECONDS WEST 122.05 FEET; THENCE RUN NORTH 00 DEGREES 03 MINUTES 20 SECONDS WEST 14.50 FEET: THENCE RUN NORTH 89 DEGREES 53 MINUTES 00 SECONDS WEST 290.33 FEET; THENCE RUN NORTH 00 DEGREES 02 MINUTES 45 SECONDS EAST 441.97 FEET; THENCE RUN SOUTH 82 DEGREES 46 MINUTES 06 SECONDS WEST 166.58 FEET TO THE POINT OF BEGINNING, FROM SAID POINT OF BEGINNING CONTINUE SOUTH 82 DEGREES 46 MINUTES 06 SECONDS WEST 60.32 FEET TO THE RIGHT OF WAY OF STATE ROAD NO. 363; THENCE NORTH 10 DEGREES 40 MINUTES 00**

**SECONDS WEST ALONG SAID RIGHT OF WAY 149.89 FEET LEAVING SAID RIGHT OF WAY NORTH 86 DEGREES 33 MINUTES 06 SECONDS EAST 87.94 FEET; THENCE SOUTH 144.97 FEET TO THE POINT OF BEGINNING.**

**A/K/A 1001 Shady Wood Trail, Tallahassee, FL 32305**

and permitting Movant to offer and provide debtor with information regarding a potential Forebearance Agreement, Loan Modification, Refinance Agreement, or other loan Workout/Loss Mitigation Agreement, and to enter into such agreement with Debtor(s), and allowing Movant any other remedies the Movant may have under applicable non-bankruptcy law provided, that the Movant shall not seek or obtain an *in personam* judgment against the Debtor(s).

The relief granted herein shall terminate on upon the Court's discharge of debtor, which is anticipated to occur on December 4, 2009.

DONE AND ORDERED AT TALLAHASSEE, Florida, __November 24, 2009__.

_____
LEWIS M. KILLIAN
UNITED STATES BANKRUPTCY JUDGE

Copies furnished to:

CAROL A. LAWSON, ESQUIRE
DOUGLAS C. ZAHM, P.A.
18820 U.S. HIGHWAY 19 NORTH, SUITE 212
CLEARWATER, FL 33764

TIFFANY L. HADLEY
1001 SHADY WOOD TRAIL
TALLAHASSEE, FL 32305

CH 7 TRUSTEE THERESA M. BENDER
P. O. BOX 14557
TALLAHASSEE, FL 32317

TALLAHASSEE DIVISION
UNITED STATES TRUSTEE
110 E. PARK AVENUE, SUITE 128
TALLAHASSEE, FL 32301